## P. C. BUTLER v. STATE.

No. A-6852.   Opinion Filed Sept. 21, 1929.
Rehearing Denied Nov. 2, 1929.
(281 Pac. 1115.)

David Tant, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted of driving an automobile while under the influence of intoxicating liquor, and was sentenced to serve a term of one year in the state penitentiary.

No briefs have been filed by plaintiff in error.   An examination of the record discloses no jurisdictional nor fundamental error.

The case is affirmed.